UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
RADIOLOGY DIAGNOSTICS, LLC,    )
                              )
        Plaintiff,            )
                              )
v.                            )        Civil No. 12-11521-LTS
                              )
AETNA HEALTH                  )
MANAGEMENT LLC, et al.,        )
                              )
        Defendants.           )
_____)
```

JUDGMENT

August 21, 2014

SOROKIN, D.J.

In accordance with the Memorandum and Order on the Parties' Cross-Motions for

Summary Judgment, Doc. No. 26, and the Court's Findings of Fact and Conclusions of Law

entered on this date, Doc. No. 43, judgment is hereby ENTERED in favor of the defendants,

Aetna Health Management LLC and Aetna Life Insurance Company, and against the plaintiff,

Radiology Diagnostics, LLC, with respect to all claims in the plaintiff's Complaint.

SO ORDERED.

 /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge